FILED
AUG 29 2012
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

JS - 6/ENTER

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| KEVIN HARVILLE, <br><br> Petitioner, <br><br> v. <br><br> A. HEDGEPETH, WARDEN, <br><br> Respondent. | Case No. EDCV 12-00245-RGK (MLG) <br><br> JUDGMENT |

IT IS ADJUDGED that the petition is denied with prejudice.

Dated: August 29, 2012

_____
R. Gary Klausner
United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
AUG 30 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

1